**FILED**
June 15, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                Plaintiff, )
v. )
     )
J. JAMES ALARCON, )
                Defendant. )
     )

Case No. 2:18-mj-00117-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, J. JAMES ALARCON, Case No. 2:18-mj-00117-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $25,000.00.

        _X_    Co-Signed Unsecured Appearance Bond

        ___    Secured Appearance Bond

        _X_    (Other) Conditions as stated on the record.

        _X_    (Other) The Defendant was ordered to appear in the Eastern District of Kentucky (Covington) on June 27, 2018 at 10:30 a.m. before Magistrate Judge Smith.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/15/2018 at 2:56 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge